Rel: August 16, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0173

Yolanda Branch, as guardian and next friend of C.A.B. and C.L.B., minors v. Angela Branch, as executor of the Estate of Theodore Branch, Sr. (Appeal from Walker Probate Court: PC-2020-005).

COOK, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Stewart, JJ., concur.